IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANNY R. SANDERS,　　　　　　　　　　　　No. C 04-2886 WHA (PR)

　　　　　　　Petitioner,　　　　　　　　　　　　　**JUDGMENT**

　vs.

A. P. KANE, Warden,

　　　　　　　Respondent.
　　　　　　　　　　　　　　　　　　　　　/

　　　　The court having entered a ruling today denying petitioner's habeas petition, judgment is entered in favor of respondent. Petitioner shall obtain no relief by way of his petition.

　　　　**IT IS SO ORDERED.**

Dated: October   20, 2008.

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.04\SANDERS886.JUD.wpd